UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN DELTA FARMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-1542-DAD-CSK<br><br>ORDER GRANTING MODIFIED STIPULATED EXTENSION OF TIME<br><br>(ECF No. 18) |

　　　Plaintiff San Joaquin Delta Farms and Defendant Indemnity Insurance Company of North America[1] ("IICNA") submitted a joint stipulation requesting continuance of the deadline for the close of expert discovery and the deadline for filing motions to allow the parties to attempt to resolve the matter through mediation. (ECF No. 18.)

　　　Finding good cause, the Court grants the request as modified and orders the following modification to the scheduling order (ECF No. 15):

1. The parties shall disclose initial experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than October 7, 2024.

---

[1] The parties submitted a stipulation that was captioned with the incorrect names of the Defendants. (*See* ECF No. 18.) This issue was first raised on October 17, 2023 by Defendant IICNA in the parties' joint status report. (ECF No. 13.) The Court adopted Defendant's representation in the scheduling order, and no party objected. (ECF No. 15.) Moving forward, the parties shall include Defendant's correct name in their caption and filings.

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 4, 2024.

3. All expert discovery shall be completed no later than December 2, 2024.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before December 23, 2024, and shall be noticed for hearing before Judge Drozd on a date not more than 60 days from the date the motion is filed and on a date that is consistent with Judge Drozd's Standing Order.

Dated:  June 28, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, sanj.1542